**Nicholas Warner JONES, a/k/a Charles Jones, Plaintiff–Appellant,**

v.

**Officer SHOY, Defendant–Appellee.**

**No. 03–6816.**

United States Court of Appeals, Fourth Circuit.

Submitted July 10, 2003.

Decided July 17, 2003.

Nicholas Warner Jones, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Glenn William Bell, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellee.

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Nicholas Warner Jones appeals the district court's order denying relief on his 42

U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Jones v. Shoy*, No. CA–02–3079–L (D.Md. May 6, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*